IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Katherine Sours, | ) | C.A. #9:10-3250-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Town of Bluffton, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that the defendant's motion for summary judgment be denied. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(A). Because plaintiff was pro se, this matter was referred to the magistrate judge.[1]

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that

---

[1] Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(A), and Local Rule 73.02(B)(2)(g), D.S.C., the magistrate judge is authorized to review all pretrial matters in employment discrimination cases and submit findings and recommendations to this Court.

Defendant's Motion for Summary Judgment is **DENIED.**

      **FURTHER ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

      **AND IT IS SO ORDERED.**

                                                      _____
                                                      PATRICK MICHAEL DUFFY
                                                      United States District Judge

February 29, 2012
Charleston, South Carolina